835 F.2d 285
 U.S., ex rel. Para-Professional Law Clinic, Bradley
(George), El Jarvis (Curtis), Zapata (Monserate), Wells
(Bebley C., Jr.), Miles (Carl), Clifton (Zebbie), Smith
(Harold), On Behalf of All Others of Graterford Institution
v.
Kane (Robert P.), Robinson (William B.), Cuyler (Julius T.),
Sims (Daniel T.)
 NO. 87-1193
 United States Court of Appeals,
Third Circuit.
 NOV 04, 1987
 
 Appeal From: E.D.Pa.,
 Lord, J.,
 
 656 F.Supp. 1099
 
 1
 AFFIRMED.